```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                          6/10/2026
                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY_____jji_____DEPUTY
                                    DOCUMENT SUBMITTED THROUGH THE
                                    ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW IBARRA,CHRISTOPHER PAYNE

PLAINTIFF/PETITIONER

V.

FRANK JESUS ALVERO, JR.

DEFENDANT/RESPONDENT

CASE NUMBER

2:26-cv-06287-CV-DMK(x)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, CHRISTOPHER PAYNE declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: N/A

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. December 2024

2. Have you received, *within the past twelve months*, any money from any of the following sources?

| | | |
|---|---|---|
| Public benefits? | ☑ Yes | ☐ No |
| Business, profession or form of self-employment? | ☐ Yes | ☑ No |
| Rent payments, interest or dividends? | ☐ Yes | ☑ No |
| Pensions, annuities or life insurance payments? | ☐ Yes | ☑ No |
| Gifts or inheritances? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☐ Yes | ☑ No |
| Loans? | ☐ Yes | ☑ No |
| Any other income (other than listed above)? | ☐ Yes | ☑ No |

If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Welfare ($271.00) and SNAP ($211.00)

CV-60 (11/23)          **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**          Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☑ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration.  N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

If you answer is yes, describe the property and state its approximate value:  N/A

5. In what year did you last file an Income Tax Return?  2020

Approximately how much income did your last return reflect?  $11,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:  ANDREW IBARRA (Fiance)

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 100 | Credit Cards | 0 |
| Transportation | 100 | Child Care | 0 |
| Food | 221 | Insurance | 0 |
| Medical | 0 | Loans | 0 |
| Utilities | 0 | Other | 75 |

CALIFORNIA
State

LOS ANGELES
County (or City)

I, CHRISTOPHER PAYNE **declare under penalty of perjury that the foregoing is true and correct. Executed on:**

June 10, 2026
Date

Plaintiff (Signature)