NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ANDREW IBARRA and CHRISTOPHER PAYNE
PO BOX 1318 #3147
SACRAMENTO, CA 95812
(865) 275 0500

ATTORNEY(S) FOR: in pro per



FILED

CLERK, U.S. DISTRICT COURT

6/10/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDREW IBARRA and CHRISTOPHER PAYNE

Plaintiff(s),

v.

FRANK JESUS ALVERO, JR.

Defendant(s)

CASE NUMBER:

2:26-cv-06287-CV-DMK(x)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ANDREW IBARRA and CHRISTOPHER PAYNE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|-------|----------------------|
| None  |                      |

06/10/2026

Date

Signature

Attorney of record for (or name of party appearing in pro per):

in pro per

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**