LODGED
CLERK, U.S. DISTRICT COURT
6/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____jji_____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PAYNE and ANDREW IBARRA,<br><br>Plaintiffs,<br><br>v.<br><br>FRANK JESUS ALVARO, JR., and DOES 1 THROUGH 10<br>Defendants. | Case No. 2:26-cv-06287-CV-DMK(x)<br>Judge: Hon. _____<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

The Court has considered Plaintiffs' Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction, the Memorandum of Points and Authorities, the Complaint, the Declaration of Christopher Payne, and Exhibits A through D. Good cause appearing under Federal Rule of Civil Procedure 65:

**IT IS ORDERED** that, pending the hearing set below, Defendant Frank Jesus Alvaro, Jr., and all persons acting in concert or participation with him who receive actual notice of this Order, shall not:

1. Record, film, photograph, or electronically capture Plaintiff Christopher Payne or Plaintiff Andrew Ibarra by any means;

2. Install, maintain, or operate any recording or surveillance device in any space occupied or used by either Plaintiff;

3. Upload, transmit, post, publish, broadcast, or otherwise distribute any video, image, audio recording, or depiction of either Plaintiff, including any material recorded at 312 W 5th Street, Apartment 305, Los Angeles, California;

4. Publish or broadcast any statement concerning either Plaintiff on Facebook Live or any other social media or internet platform;

5. Delete, alter, conceal, or destroy any recording, image, device, account, or data relating to either Plaintiff; or

6. Contact, follow, monitor, or surveil either Plaintiff, directly or indirectly.

**IT IS FURTHER ORDERED** that Defendant appear before this Court on _____, 2026, at _____ __.m., in Courtroom _____ of the United States District Court for the Central District of California, to show cause why a preliminary injunction should not issue continuing the foregoing restraints pending final judgment.

Any opposition to the Order to Show Cause shall be filed and served no later than _____, 2026. Any reply shall be filed and served no later than _____, 2026.

Plaintiffs shall serve this Order, the Application, and all supporting papers on Defendant no later than _____, 2026, and shall promptly file proof of service.

Security under Federal Rule of Civil Procedure 65(c) is set at $_____ / waived.

This Temporary Restraining Order expires on _____, 2026, at _____ __.m., unless extended for good cause or by consent.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE