LODGED

2026 JUN 10 PM 3: 0

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PAYNE and ANDREW IBARRA,<br>        Plaintiffs,<br><br>                v.<br><br>FRANK JESUS ALVARO, JR., and does 1 THROUGH 10,<br>        Defendants. | Case No. 2:26-cv-06287-CV-DMK(x)<br>Judge: Hon. Diana M. Kwok<br><br>**[PROPOSED] STIPULATED TEMPORARY RESTRAINING ORDER** |

The Court has considered Plaintiffs' Ex Parte Application for Temporary Restraining Order and Motion for Preliminary Injunction, the Memorandum of Points and Authorities, the Complaint, the Declaration of Christopher Payne, and Exhibits A through D. Good cause appearing under Federal Rule of Civil Procedure 65:

**IT IS ORDERED** that, pending the hearing set below, Defendant Frank Jesus Alvaro, Jr., and all persons acting in concert or participation with him who receive actual notice of this Order, shall:

1. Not record, film, photograph, or electronically capture Plaintiff Christopher Payne or Plaintiff Andrew Ibarra by any means;

2. Not install, maintain, or operate any recording or surveillance device in any space occupied or used by either Plaintiff;

3. Not upload, transmit, post, publish, broadcast, or otherwise distribute any video, image, audio recording, or depiction of either Plaintiff, including any material recorded at 312 W 5th Street, Apartment 305, Los Angeles, California;

4. Not publish or broadcast any statement concerning either Plaintiff on Facebook Live or any other social media or internet platform;

5. Not delete, alter, conceal, or destroy any recording, image, device, account, or data relating to either Plaintiff;

6. Not contact Plaintiff Christopher Payne, Plaintiff Andrew Ibarra, or Michael Harvey, in any manner — including in person, by telephone, in writing, by electronic means, or through social

media — whether directly or indirectly, either personally or through any other person acting at Defendant's request, direction, or instigation;

7. Stay at least 300 yards away from each Plaintiff, and from each Plaintiff's residence, place of employment, and vehicle; and

8. Immediately move out of, vacate, and not return to the residence at 312 W 5th Street, Apartment 305, Los Angeles, California 90013. Defendant may take only personal clothing and effects necessary for daily living. Any retrieval of remaining belongings shall occur only on _____ hours' advance written notice, at a date and time approved by the Court or agreed in writing by the parties, and accompanied by a law-enforcement civil standby.

**IT IS FURTHER ORDERED** that Defendant appear before this Court on _____, 2026, at _____ __.m., in Courtroom _____ of the United States District Court for the Central District of California, to show cause why a preliminary injunction should not issue continuing the foregoing restraints pending final judgment.

Any opposition to the Order to Show Cause shall be filed and served no later than _____, 2026. Any reply shall be filed and served no later than _____, 2026.

Plaintiffs shall serve this Order, the Application, and all supporting papers on Defendant no later than _____, 2026, and shall promptly file proof of service.

Security under Federal Rule of Civil Procedure 65(c) is set at $_____ / waived.

This Temporary Restraining Order expires on _____, 2026, at _____ __.m., unless extended for good cause or by consent.

**IT IS SO ORDERED.**

Dated: _____

_____
**UNITED STATES DISTRICT JUDGE**