UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06287-CV-DMK Date: October 16, 2026

Title: *Christopher Payne, et al. v. Frank Jesus Alvaro, Jr. et al.*

Present: The Honorable CYNTHIA VALENZUELA, U.S. District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING CASE FOR FAILING TO RESPOND TO COURT ORDER AND PROSECUTE CASE

On June 10, 2026, pro se Plaintiffs Christopher Payne and Andrew Ibarra (collectively, "Plaintiffs") filed a complaint and an ex parte application for a temporary restraining order ("TRO Application"). Doc. #s 1, 5. Neither party paid the filing fee for this case, and only Plaintiff Payne requested *in forma pauperis* status ("IFP Request"). Doc. # 2; *see, e.g., Esteghlalian v. Dep't of the Navy*, 2022 WL 757437, at *1 (S.D. Cal. Feb. 24, 2022) ("Although one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed [IFP], each plaintiff must qualify for IFP status." (internal quotation marks and citation omitted).

On June 11, 2026, the Court denied Plaintiffs TRO Application in a detailed order. Doc. # 15. Additionally, the Court ordered Plaintiffs show cause in writing why this case should not be dismissed for lack of subject-matter jurisdiction. *Id.* Plaintiffs were warned that failure to respond within fourteen (14) days of the order "may result in dismissal of the Complaint without prejudice[.]" *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06287-CV-DMK Date: October 16, 2026

Title: *Christopher Payne, et al. v. Frank Jesus Alvaro, Jr. et al.*

To date, Plaintiffs have not responded to the Court's order. Accordingly, this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Jeffrey H. v. Comm'r, Soc. Sec. Admin*., 2019 WL 2870082, at *2 (D. Or. July 3, 2019) (dismissing for failing to prosecute and comply with court order where plaintiff failed to follow scheduling rules and had taken no action in response to order to show cause).

In light of this dismissal, the IFP Request is **DENIED** (Doc. # 2), and all other pending matters are **TERMINATED**.

This Order shall constitute notice of entry of judgment under Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**